■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYNARD CARAWAY, Appellant. [885 NYS2d 216]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Caraway,* 215 AD2d 493 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered March 9, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., Balkin, Leventhal and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANG AN, Appellant. [885 NYS2d 240]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Meyer, J.), imposed May 16, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Covello, Leventhal and Austin, JJ., concur.